**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUASHON COLLINS, | CASE NO. CV 09-07572 PA (SS) |
| Petitioner, | **ORDER ADOPTING FINDINGS,** |
| v. | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| FRANK CHAVEZ, Acting Warden, | **UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

///

///

///

///

///

///

1  **IT IS ORDERED** that the Petition is denied and Judgment shall be
2  entered dismissing this action with prejudice.

4  **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5  the Judgment herein on Petitioner and counsel for Respondent.

7  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9  DATED:   December 29, 2010

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2