**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUASHON COLLINS, | ) NO. CV 09-07572 PA (SS) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| FRANK CHAVEZ, Acting Warden, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

        Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   December 29, 2010

                                        _____
                                        PERCY ANDERSON
                                        UNITED STATES DISTRICT JUDGE